UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**                                 **ORDER**

**DANIEL HUERTAS,**                    **Criminal No. 06-M-21**

       **Defendant.**

_____

       The preliminary hearing which was scheduled for July 19, 2006, has been adjourned and is now scheduled for **July 26, 2006, at 2:30 pm.**

       In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of *United States v Piontek,* 861 F.2d 152, 154 (7th Cir., 1988); *United States v Montoya,* 827 F.2d 143, 153 (7th Cir., 1987); *United States v. Wilson,* 835 F2d 1440, 1444 (D.C. Cir., 1987; *United States v Tibboel,* 753 F.2d 608, 610 (7th Cir., 1985); and *United States v Jodoin,* 672 F.2d 232, 238 (1st Cir., 1982), the period of time from July 20, 2006, to July 26, 2006, is excluded under 18 U.S.C. § 3161(h)(8)(A).

       **SO ORDERED.**

                                                 /s/ **H. Kenneth Schroeder, Jr.**

                                                 _____
                                                 **H. KENNETH SCHROEDER, Jr.**
                                                 **United States Magistrate Judge**

**DATED:**      **July 10, 2006**
                 **Buffalo, New York**